IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: _____
2. Style of case: _____
3. Nature of suit: _____
4. Method of ADR used:  ☐ Mediation    ☐ Mini-Trial    ☐ Summary Jury Trial
5. Date ADR session was held: _____
6. Outcome of ADR *(Select one)*:

    ☐ Parties did not use my services.     ☐ Settled, in part, as a result of ADR.

    ☐ Settled as a result of ADR.          ☐ Parties were unable to reach settlement.

    ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: _____
8. Duration of ADR: _____ (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):




*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

_____                    _____
Signature                                              Date

_____                    _____
Address                                                Telephone

# Alternative Dispute Resolution Summary

*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: _____      Name: _____

Firm: _____      Firm: _____

Address: _____     Address: _____

_____      _____

Phone: _____      Phone: _____


Name: _____      Name: _____

Firm: _____      Firm: _____

Address: _____     Address: _____

_____      _____

Phone: _____      Phone: _____


Name: _____      Name: _____

Firm: _____      Firm: _____

Address: _____     Address: _____

_____      _____

Phone: _____      Phone: _____


Name: _____      Name: _____

Firm: _____      Firm: _____

Address: _____     Address: _____

_____      _____

Phone: _____      Phone: _____